| | |
|---|---|
| 1 | SCOTT N. SCHOOLS  (SCSBN 9990) |
|   | United States Attorney |
| 2 | THOMAS MOORE  (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | 9th Floor Federal Building |
|   | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6935 |

*E-FILED - 9/18/07*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | C-00-20669 RMW |
| v. | ) | |
| JOSE SALAZAR, et al., | ) | DISCLAIMER OF INTEREST |
| Defendants. | ) | AND ORDER OF DISMISSAL |

Crowley Sales and Exports, Inc., by and through the undersigned, hereby notifies the Court that it disclaims any interest in 1265 San Miguel Canyon Road, Salinas, California and at 1697 Elkhorn Road, Watsonville, California, the properties which are at issue in the above-referenced action.

It is hereby stipulated by and between plaintiff United States of America and Crowley Sales and Exports, Inc., through the undersigned, that it be dismissed from this action, that Crowley Sales and Exports, Inc., bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS |
|   | United States Attorney |
| /s/ Tim Crowley, President | /s/ Thomas Moore |
|   | THOMAS MOORE |
| CROWLEY SALES AND EXPORTS, INC. | Assistant United States Attorney |
|   | Tax Division |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  9/17/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 6, 2007** at San Francisco, California.


                                          /s/ Kathy Tat
                                          **KATHY P. TAT**
                                          **Legal Assistant**

## SERVICE LIST

Jose Z. Salazar
629 Main St., #168
Watsonville, CA 95076

Berta F. Salazar
629 Main St., #168
Watsonville, CA 95076

Judson T. Farley
Law Offices of Judson T. Farley
830 Bay Ave., #B
Capitola, CA 95010-2173

Bay Fruit k& Vegetable, Inc.
c/o John F. Curotto, Esq.
740 Front Street, Suite 300
San Cruz, CA 95060

Chanchal M. Singh
c/o Harold B. Glassberg, Esq.
44 Montgomery St., Suite 1660
San Francisco, CA 94104

Coastal Berry Corporation
c/o Drobac & Drobac
74 River Street, Suite 202
Santa Cruz, CA 95060

D.W. Mercer
c/o Drobac & Drobac
74 River Street, Suite 202
Santa Cruz, CA 95060

Dougherty Pump & Drilling, Inc.
2108 San Miguel Canyon Road
Salinas, CA 93907

International Credit Recovery
c/o Keith W. Lusk
P.O. box 5312
Fresno, CA 93744

Monterey County Tax Collector
P.O. Box 891
Salinas, CA 93902-0891

Martha E. Romero
Romero & Associates
7743 S. Painter Avenue, #A
Whittier, CA 90602

| | |
|---|---|
| 1 | North Monterey Heights Corp.<br>c/o Mark A. O'Connor |
| 2 | P.O. Box 3350<br>Monterey, CA 93942-2510 |
| 3 | |
| 4 | Pacific Coast Farm Credit Services<br>P.O. Box 1330 |
| | Santa Rosa, CA 95402 |
| 5 | |
| 6 | Paul L. Beck Contractors<br>c/o Noland, Hammerly, Eteinne & Hoss |
| | P.O. Box 2510 |
| 7 | Salinas, CA 93902-2510 |
| 8 | State of California |
| | Employment Development Dept. |
| 9 | P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |