| | |
|---|---|
| 1  SCOTT N. SCHOOLS  (SCSBN 9990)<br>    United States Attorney<br>2  THOMAS MOORE  (ASBN 4305-O78T)<br>    Assistant United States Attorney<br>3    10th Floor Federal Building<br>      450 Golden Gate Avenue, Box 36055<br>4    San Francisco, California 94102<br>      Telephone: (415) 436-6935<br>5  Attorneys for the United States of America | *E-FILED - 9/18/07* |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C-00-20669 RMW |
| Plaintiff, | ) | |
| v. | ) | **DISCLAIMER OF INTEREST** |
| JOSE SALAZAR, et al., | ) | **AND ORDER OF DISMISSAL** |
| Defendants. | ) | |

State of California Employment Development Department, by and through the undersigned, hereby notifies the Court that it disclaims any interest in 1265 San Miguel Canyon Road, Salinas, California and at 1697 Elkhorn Road, Watsonville, California, the properties which are at issue in the above-referenced action.

It is hereby stipulated by and between plaintiff United States of America and State of California Employment Development Department, through the undersigned, that it be dismissed from this action, that State of California Employment Development Department, bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

|  | SCOTT N. SCHOOLS<br>United States Attorney |
|---|---|
| /s/ Ralph Roberts<br>RALPH ROBERTS<br>State of California Employment<br>   Development Department | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Tax Division |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/17/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 10, 2007** at San Francisco, California.

/s/ Kathy Tat
**KATHY P. TAT**
**Legal Assistant**

| | |
|---|---|
| 1 | <u>SERVICE LIST</u> |
| 2 | Jose Z. Salazar |
| | 629 Main St., #168 |
| 3 | Watsonville, CA 95076 |
| 4 | Berta F. Salazar |
| | 629 Main St., #168 |
| 5 | Watsonville, CA 95076 |
| 6 | Judson T. Farley |
| | Law Offices of Judson T. Farley |
| 7 | 830 Bay Ave., #B |
| | Capitola, CA 95010-2173 |
| 8 | |
| | Bay Fruit k& Vegetable, Inc. |
| 9 | c/o John F. Curotto, Esq. |
| | 740 Front Street, Suite 300 |
| 10 | San Cruz, CA 95060 |
| 11 | Chanchal M. Singh |
| | c/o Harold B. Glassberg, Esq. |
| 12 | 44 Montgomery St., Suite 1660 |
| | San Francisco, CA 94104 |
| 13 | |
| | Coastal Berry Corporation |
| 14 | c/o Drobac & Drobac |
| | 74 River Street, Suite 202 |
| 15 | Santa Cruz, CA 95060 |
| 16 | D.W. Mercer |
| | c/o Drobac & Drobac |
| 17 | 74 River Street, Suite 202 |
| | Santa Cruz, CA 95060 |
| 18 | |
| | Dougherty Pump & Drilling, Inc. |
| 19 | 2108 San Miguel Canyon Road |
| | Salinas, CA 93907 |
| 20 | |
| 21 | International Credit Recovery |
| | c/o Keith W. Lusk |
| 22 | P.O. box 5312 |
| | Fresno, CA 93744 |
| 23 | |
| | Monterey County Tax Collector |
| 24 | P.O. Box 891 |
| | Salinas, CA 93902-0891 |
| 25 | |
| | Martha E. Romero |
| 26 | Romero & Associates |
| | 7743 S. Painter Avenue, #A |
| 27 | Whittier, CA 90602 |
| 28 | |

| | |
|---|---|
| 1 | North Monterey Heights Corp.<br>c/o Mark A. O'Connor |
| 2 | P.O. Box 3350<br>Monterey, CA 93942-2510 |
| 3 | |
| 4 | Pacific Coast Farm Credit Services<br>P.O. Box 1330 |
| | Santa Rosa, CA 95402 |
| 5 | |
| 6 | Paul L. Beck Contractors<br>c/o Noland, Hammerly, Eteinne & Hoss |
| | P.O. Box 2510 |
| 7 | Salinas, CA 93902-2510 |
| 8 | State of California |
| | Employment Development Dept. |
| 9 | P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |