SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for the United States of America

*E-FILED - 11/7/07*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C-00-20669 RMW |
| Plaintiff, | ) | |
| v. | ) | |
| JOSE SALAZAR, et al., | ) | DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL |
| Defendants. | ) | |

Dora Pantely, by and through the undersigned, hereby notifies the Court that she disclaims any

interest in the real properties located at 1265 San Miguel Canyon Road, Salinas, California and at 1697

Elkhorn Road, Watsonville, California which are at issue in the above-referenced action.

It is hereby stipulated by and between the plaintiff United States of America and Dora Pantely,

through the undersigned, that she be dismissed from this action, that Dora Pantely, bear her own costs,

including any possible attorneys' fees or other expenses of this litigation.

                                    SCOTT N. SCHOOLS
                                    United States Attorney

/s/ David Kirsch                    /s/ Thomas Moore
DAVID KIRSCH                        THOMAS MOORE
Attorney for Defendant             Assistant United States Attorney
 Dora Pantely                      Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 11/7/07                     _Ronald M. Whyte_
                                   _____
                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

PLEASE SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 30, 2007** at San Francisco, California.


_____
/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**

SERVICE LIST

Judson T. Farley
Law Offices of Judson T. Farley
830 Bay Ave., #B
Capitola, CA 95010-2173

Dora Pantely
c/o David M. Kirsch
Ten Almaden Blvd.
Suite 1250
San Jose, CA 95113

Bay Fruit k& Vegetable, Inc.
c/o John F. Curotto, Esq.
740 Front Street, Suite 300
San Cruz, CA 95060

Chanchal M. Singh
c/o Harold B. Glassberg, Esq.
44 Montgomery St., Suite 1660
San Francisco, CA 94104

Coastal Berry Corporation
c/o Drobac & Drobac
74 River Street, Suite 202
Santa Cruz, CA 95060

D.W. Mercer
c/o Drobac & Drobac
74 River Street, Suite 202
Santa Cruz, CA 95060

Dougherty Pump & Drilling, Inc.
2108 San Miguel Canyon Road
Salinas, CA 93907

International Credit Recovery
c/o Keith W. Lusk
P.O. box 5312
Fresno, CA 93744

Monterey County Tax Collector
P.O. Box 891
Salinas, CA 93902-0891

1   Martha E. Romero
2   Romero Law Firm
    BMR Professional Bldg.
3   6516 Bright Ave.
    Whittier, CA 90601
4

5   North Monterey Heights Corp.
    c/o Mark A. O'Connor
6   P.O. Box 3350
    Monterey, CA 93942-2510
7

8   Pacific Coast Farm Credit Services
    P.O. Box 1330
9   Santa Rosa, CA 95402

10  Paul L. Beck Contractors
    c/o Noland, Hammerly, Eteinne & Hoss
11  P.O. Box 2510
    Salinas, CA 93902-2510
12

13  State of California
    Employment Development Dept.
14  P.O. Box 826880
    Sacramento, CA 94280-0001
15

16  Trical, Inc.
    400 Casserly Road
17  Watsonville, CA 95076

18

19

20

21

22

23

24

25

26

27

28