1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   THOMAS MOORE (ASBN 4305-O78T)
3  Assistant United States Attorneys

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7017

6  Attorneys for Plaintiff                                    *E-FILED - 5/12/08*

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,       )   No. C-00-20669 RMW
                                   )
12      Plaintiff,                 )
                                   )   **STIPULATION REGARDING DEPOSIT**
13      v.                         )   **AND**
                                   )   **[] ORDER APPROVING**
14 JOSE SALAZAR, et al.,           )   **STIPULATION**
                                   )
15      Defendant.                 )
                                   )
16

17      Plaintiff United States of America and defendants/taxpayers Jose Salazar and Berta

18 Salazar, by and through their respective counsel, respectfully file this stipulation regarding the

19 deposit of funds, with reference to these facts:

20                                  **RECITALS**

21      1.   On September 26, 2007, the Court entered a Order of Sale permitting the Internal

22 Revenue Service Property Appraisal and Liquidation Specialist (hereinafter "PALS") to sell the

23 real properties at issue in this matter and requiring the payment checks be made payable to the

24 Clerk, United States District Court for the Northern District of California.

25      2.   On April 2, 2008, the subject real properties were sold at public auction. The purchasers

26 of the subject properties each deposited $10,000 with the PALS pending confirmation of each

27 sale by this Court.

28      3.   On April 22, 2008, the purchasers of one of the properties at issue tendered the balance of

STIPULATION RE DEPOSIT
C-00-20669 RMW                        -1-

1  the payment check paid to the Clerk of the Court for the Northern District of California.   The
2  purchaser of the second property defaulted by not tendering the balance of the purchase price and
3  for that reason the second property will again be sold.
4     4. The Clerk of the Court for the Northern District of California will not accept checks
5  without an order requiring the Clerk to accept such funds.
6     5. The Order of Sale did not require that the Clerk of Court for the Northern District of
7  California to accept the purchase funds and to deposit those funds into the Clerk's Registry
8  pending the Court's order to distribute those funds to the various parties.

## STIPULATION

10     It is hereby stipulated and agreed that:
11      The Clerk of the Court is directed to accept the funds/checks from the IRS PALS for the
12  purchase of the real properties at issue and to deposit those funds into the Clerk's Registry, with
13  the total of those sums bearing interest, and to hold any such funds pending the Court's order
14  disbursing those funds to the various parties.

Dated: April 30, 2008           /s/ Judson T. Farley
                                JUDSON T. FARLEY
                                Counsel for Defendants
                                Jose and Berta Salazar

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated: April 30, 2008           /s/ Thomas Moore
                                THOMAS MOORE
                                Assistant United States Attorney
                                Tax Division

## ORDER APPROVING STIPULATION

The Court, having considered the Stipulation set forth above, and good cause appearing, hereby APPROVES the Stipulation

IT IS SO ORDERED.

DATED: 5/9/08

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE