<u>**E-filed: March 11, 2009**</u>

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOSE Z. SALAZAR, et al.,<br>    Defendants. | No. C-00-20669-RMW<br><br><u>**ORDER CONFIRMING SALE AND DIRECTING PROCEEDS DISBURSAL**</u> |

    The United States of America's motion to confirm the sale of the real property located at 1265 San Miguel Canyon Road, Watsonville, California, came before this Court.

    The Court, having reviewed the Declaration of Kathryn K. Clark, and the pleadings filed in this case, finds, for the Court finds that the sale of the real property was in all respects legally and properly conducted. Accordingly, it is hereby

    **ORDERED, ADJUDGED, AND DECREED** that the sale of the 1265 San Miguel Canyon Road, Watsonville, California real property be, and the same is hereby approved and confirmed. It is further

    **ORDERED** that the Internal Revenue Service Property Appraisal and Liquidation Specialist (hereinafter "PALS") shall convey the real property to the persons described as purchasers of such property in the Declaration of Kathryn K. Clark filed in this case. The PALS shall prepare and tender a quit-claim deed to the purchaser. It is further

1     **ORDERED** that the Clerk of the District Court shall payover, within seven (7) days of
2 the date of this order, $3,155.82, to PALS to be applied to the costs of sale.  It is further
3     **ORDERED** that the Clerk of the District Court shall payover, within seven  (7) days of
4 the date of this order, $53,761.58, to the Tax Collector County of Monterey.  It is further
5     **ORDERED** that the Clerk of the District Court shall payover, within seven (7) days of
6 date of this order, the balance of the funds on deposit to the United States of America.
7 Dated this __11th__ day of __March_____, 2009.

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

**ORDER CONFIRMING SALE, & DIRECTING**
**PROCEEDS DISBURSE (No. C-00-20669-RMW)**       2